# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CLAY, MASSEY & ASSOCIATES, P.C., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GRAY TELEVISION, INC.; HEARST COMMUNICATIONS; NEXSTAR MEDIA GROUP, INC.; TEGNA INC.; TRIBUNE MEDIA COMPANY; and SINCLAIR BROADCAST GROUP, INC.,<br><br>Defendants. | Civil Case No.:<br><br>ANTITRUST CLASS ACTION COMPLAINT<br><br><u>JURY TRIAL DEMANDED</u> |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2 of the Northern District of Illinois, Plaintiff Clay, Massey & Associates, P.C., states through its counsel, that it has no publicly-held affiliates and no publicly-held company that owns 5% or more of its stock.

Dated: July 30, 2018                    Respectfully submitted,

                                               By: <u>/s/ Steven A. Kanner</u>
                                                 Steven A. Kanner
                                                 Michael J. Freed
                                                 Robert J. Wozniak
                                                 **FREED KANNER LONDON & MILLEN LLC**
                                                 2201 Waukegan Road, Suite 130
                                                 Bannockburn, IL 60015
                                                 (224) 632-4500
                                                 *skanner@fklmlaw.com*
                                                 *mfreed@fklmlaw.com*
                                                 *rwozniak@fklmlaw.com*

Hollis Salzman
Kellie C. Lerner
Nahid A. Shaikh
**ROBINS KAPLAN LLP**
399 Park Avenue, Suite 3600
New York, NY 10022
(212) 980-7400
*hsalzman@robinskaplan.com*
*klerner@robinskaplan.com*
*nshaikh@robinskaplan.com*

Craig K. Wildfang
**ROBINS KAPLAN LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
(612) 349-8500
*kcwildfang@robinskaplan.com*

Aaron M. Sheanin
Tai S. Milder
**ROBINS KAPLAN LLP**
2440 West El Camino Real, Suite 100
Mountain View, CA 94040
(650) 784-4040
*ASheanin@RobinsKaplan.com*
*TMilder@RobinsKaplan.com*

*Counsel for Plaintiff and the Proposed Class*