**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Clay, Massey & Associates, P.C. Case Number: 1:18-cv-05197
v. Gray Television, Inc., et al.

An appearance is hereby filed by the undersigned as attorney for:

Nexstar Media Group, Inc.

Attorney name (type or print): James H. Mutchnik

Firm: Kirkland & Ellis LLP

Street address: 300 North LaSalle

City/State/Zip: Chicago, IL 60654

Bar ID Number: 6201681                    Telephone Number: (312) 862-2000
(See item 3 in instructions)

Email Address: james.mutchnik@kirkland.com

Are you acting as lead counsel in this case?                    ☐ Yes  ☑ No

Are you acting as local counsel in this case?                   ☑ Yes  ☐ No

Are you a member of the court's trial bar?                      ☑ Yes  ☐ No

If this case reaches trial, will you act as the trial attorney?  ☑ Yes  ☐ No

If this is a criminal case, check your status.    ☐ Retained Counsel

                                                  ☐ Appointed Counsel
                                                     If appointed counsel, are you

                                                     ☐ Federal Defender

                                                     ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 8/22/2018

Attorney signature:   S/ James H. Mutchnik
                      (Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015

**CERTIFICATE OF SERVICE**

I, hereby certify that on August 22, 2018, the foregoing document was filed electronically through the Court's Electronic Case Filing System. Service of this document is being made upon all counsel of record in this case by the Notice of Electronic Filing issued through the Court's Electronic Case Filing System on this date.

/s/ James H. Mutchnik
James H. Mutchnik