**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Clay, Massey & Associates, P.C. v. Gray Television, et al.   Case Number: 18-cv-05197

An appearance is hereby filed by the undersigned as attorney for:
TEGNA Inc.

Attorney name (type or print): Ross B. Bricker

Firm: Jenner & Block LLP

Street address: 353 N. Clark St.

City/State/Zip: Chicago, IL 60654

Bar ID Number: 3126882
(See item 3 in instructions)

Telephone Number: 312-923-4524

Email Address: rbricker@jenner.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✓ | |
| Are you acting as local counsel in this case? | | ✓ |
| Are you a member of the court's trial bar? | ✓ | |
| If this case reaches trial, will you act as the trial attorney? | ✓ | |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 08/23/2018

Attorney signature: S/ Ross B. Bricker
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015

## CERTIFICATE OF SERVICE

I, Sally K. Sears Coder, an attorney, certify that on August 23, 2018, I caused the foregoing **Attorney Appearance Form** to be served on all counsel of record listed via the Court's ECF system.

I also certify that a copy was served by e-mail on the following:

| | |
|---|---|
| Evan R. Chesler<br>Julie North<br>Lillian Grossbard<br>Jesse Weiss<br>CRAVATH, SWAINE & MOORE LLP<br>825 Eighth Avenue<br>New York, NY 10019<br>echesler@cravath.com<br>jnorth@cravath.com<br>lgrossbard@cravath.com<br>jweiss@cravath.com<br><br>*Attorneys for Defendant Hearst Television, Inc. (erroneously sued as Hearst Communications)* | Mazda K. Antia<br>COOLEY LLP<br>4401 Eastgate Mall<br>San Diego, CA 92121<br>mantia@cooley.com<br><br>John C. Dwyer<br>3175 Hanover Street<br>Palo Alto, CA 94304<br>dwyerjc@cooley.com<br><br>J. Parker Erkmann<br>1299 Pennsylvania Ave., NW, Suite 700<br>Washington, D.C. 2004<br>perkmann@cooley.com<br><br>*Attorneys for Defendant Gray Television, Inc.* |
| Jerome S. Fortinsky<br>Brian Hauser<br>SHEARMAN & STERLING LLP<br>599 Lexington Ave.<br>New York, NY 10022<br>jfortinsky@shearman.com<br>brian.hauser@shearman.com<br><br>*Attorneys for Defendant Sinclair Broadcast Group, Inc.* | |

/s/ Sally K. Sears Coder