# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CLAY, MASSEY & ASSOCIATES, P.C., on behalf of itself all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GRAY TELEVISION, INC.; HEARST COMMUNICATIONS; NEXSTAR MEDIA GROUP, INC.; TEGNA INC; TRIBUNE MEDIA COMPANY; AND SINCLAIR BROADCAST GROUP, INC.,<br><br>Defendants. | No. 1:18-cv-05197<br><br>Hon. Ronald A. Guzman |

### DEFENDANT SINCLAIR BROADCAST GROUP, INC.'S CORPORATE DISCLOSURE STATEMENT AND NOTIFICATION AS TO AFFILIATES

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Defendant Sinclair Broadcast Group, Inc. states that it is a publicly held corporation, it has no parent corporation, and no publicly held company owns more than five percent of Sinclair Broadcast Group, Inc.

Dated: August 23, 2018

Respectfully submitted,

/s/ Jerome S. Fortinsky
Jerome S. Fortinsky (*pro hac vice* application pending)
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Tel: 212.848.4900
jfortinsky@shearman.com

Brian C. Hauser
SHEARMAN & STERLING LLP
401 9th Street, NW

Suite 800
Washington, DC 20004
Tel: 202.508.8005
brian.hauser@shearman.com

*Attorneys for Sinclair Broadcast Group, Inc.*

**CERTIFICATE OF SERVICE**

I, Jerome S. Fortinsky, certify that on August 23, 2018, I caused the foregoing Defendant Sinclair Broadcast Group, Inc.'s Corporate Disclosure Statement and Notification as to Affiliates to be served on all counsel of record listed via the Court's ECF system.

I also certify that a copy was served by e-mail on the following:

| | |
|---|---|
| Evan R. Chesler<br>Julie North<br>Lillian Grossbard<br>Jesse Weiss<br>CRAVATH, SWAINE & MOORE LLP<br>825 Eighth Avenue<br>New York, NY 10019<br>echesler@cravath.com<br>jnorth@cravath.com<br>lgrossbard@cravath.com<br>jweiss@cravath.com<br><br>*Attorneys for Hearst Television, Inc. (erroneously sued as Hearst Communications)* | Mazda K. Antia<br>COOLEY LLP<br>4401 Eastgate Mall<br>San Diego, CA 92121<br>mantia@cooley.com<br><br>John C. Dwyer<br>COOLEY LLP<br>3175 Hanover Street<br>Palo Alto, CA 94304<br>dwyerjc@cooley.com<br><br>J. Parker Erkmann<br>COOLEY LLP<br>1299 Pennsylvania Avenue, NW<br>Suite 700<br>Washington, DC 20004<br>perkmann@cooley.com<br><br>*Attorneys for Gray Television, Inc.* |

                        /s/ Jerome S. Fortinsky