**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CLAY, MASSEY & ASSOCIATES, P.C., on behalf of itself and all others similarly situated,<br><br>      Plaintiff,<br><br>      v.<br><br>GRAY TELEVISION, INC.; HEARST COMMUNICATIONS; NEXSTAR MEDIA GROUP, INC.; TEGNA INC.; TRIBUNE MEDIA COMPANY; and SINCLAIR BROADCAST GROUP, INC.,<br><br>      Defendants. | Case No. 1:18-cv-05197<br><br>Hon. Ronald A. Guzman |

**NOTICE OF UNOPPOSED MOTION**

PLEASE TAKE NOTICE that on August 28, 2018 at 9:30 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Ronald A. Guzman in Courtroom 1801 at the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present the UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND AND TO ADJOURN THE INITIAL STATUS HEARING AND RELATED DEADLINES, a copy of which has been hereby served upon you.

Dated: August 23, 2018

| | |
|---|---|
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | SHEARMAN & STERLING LLP |
| By: <u>/s/ Jay Cohen (with permission)</u> | By: <u>/s/ Jerome S. Fortinsky (with permission)</u> |
| Jay Cohen (admitted *pro hac vice*)<br>William Michael (admitted *pro hac vice*)<br>Daniel H. Levi (admitted *pro hac vice*)<br>1285 Avenue of the Americas<br>New York, New York 10019-6064<br>Telephone: (212) 373-3000<br>Facsimile: (212) 757-3990<br>jaycohen@paulweiss.com<br>wmichael@paulweiss.com<br>dlevi@paulweiss.com<br><br>*Counsel for Defendant Tribune Media Company* | Jerome S. Fortinsky (*pro hac vice* pending)<br>599 Lexington Avenue<br>New York, New York 10022-6069<br>Telephone: (212) 848-4000<br>Facsimile: (212) 848-7179<br>jfortinsky@shearman.com<br><br>Brian Hauser<br>401 9th Street, N.W.<br>Suite 800<br>Washington, DC 20004-2128<br>Telephone: (202) 508-8000<br>Facsimile: (202) 508-8100<br>brian.hauser@shearman.com<br><br>*Counsel for Defendant Sinclair Broadcast Group, Inc.* |

| | |
|---|---|
| KIRKLAND & ELLIS LLP | CRAVATH SWAINE & MOORE LLP |
| By: /s/ Eliot A. Adelson | By: /s/ Evan R. Chesler (with permission)<br>A member of the firm |
| Eliot A. Adelson (admitted *pro hac vice*)<br>Jacob H. Johnston (admitted *pro hac vice*)<br>555 California Street, 29th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500<br>eliot.adelson@kirkland.com<br>jacob.johnston@kirkland.com | Evan R. Chesler (*pro hac vice* forthcoming)<br>Julie A. North (*pro hac vice* forthcoming)<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY 10019<br>Telephone: (212) 474-1000<br>Facsimile: (212) 474-3700<br>echesler@cravath.com<br>jnorth@cravath.com |
| Peter M. McCormack (admitted *pro hac vice*)<br>601 Lexington Avenue<br>New York, NY 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br>peter.mccormack@kirkland.com | *Counsel for Defendant Hearst Television Inc. (erroneously sued as Hearst Communications)* |
| James H. Mutchnik<br>300 North LaSalle<br>Chicago, IL 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br>james.mutchnik@kirkland.com | |
| Catie Ventura<br>655 Fifteenth Street, N.W.<br>Washington, D.C. 20005<br>Telephone: (202) 879-5000<br>Facsimile: (202) 879-5200<br>catie.ventura@kirkland.com | |
| *Counsel for Defendant Nexstar Media Group, Inc.* | |

| JENNER & BLOCK LLP | COOLEY LLP |
|---|---|
| By: /s/ Ross B. Bricker (with permission) | By: /s/ Mazda K. Antia (with permission) |

| | |
|---|---|
| Ross B. Bricker<br>Sally K. Sears Coder<br>353 N. Clark St.<br>Chicago, IL 60654<br>Telephone: (312) 222-9350<br>Facsimile: (212) 527-0484<br>rbricker@jenner.com<br>ssearscoder@jenner.com<br><br>*Counsel for Defendant TEGNA Inc.* | Mazda K. Antia (*pro hac vice* forthcoming)<br>4401 Eastgate Mall<br>San Diego, CA 92121<br>Telephone: (858) 550-6400<br>Facsimile: (858) 550-6420<br>mantia@cooley.com<br><br>John C. Dwyer (*pro hac vice* forthcoming)<br>3175 Hanover Street<br>Palo Alto, CA 94304<br>Telephone: (650) 843-5000<br>Facsimile: (650) 849-7400<br>dwyerjc@cooley.com<br><br>J. Parker Erkmann (*pro hac vice* forthcoming)<br>1299 Pennsylvania Ave., NW<br>Suite 700<br>Washington, D.C. 2004<br>Telephone: (202) 842-7800<br>Facsimile: (202) 842-7299<br>perkmann@cooley.com<br><br>*Counsel for Defendant Gray Television, Inc.* |

**CERTIFICATE OF SERVICE**

I, hereby certify that on August 23, 2018, the foregoing document was filed electronically through the Court's Electronic Case Filing System. Service of this document is being made upon all counsel of record in this case by the Notice of Electronic Filing issued through the Court's Electronic Case Filing System on this date.

/s/ *Eliot A. Adelson*
Eliot A. Adelson