**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CLAY, MASSEY & ASSOCIATES, P.C., on behalf of itself and all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>GRAY TELEVISION, INC.; HEARST COMMUNICATIONS; NEXSTAR MEDIA GROUP, INC.; TEGNA INC.; TRIBUNE MEDIA COMPANY; and SINCLAIR BROADCAST GROUP, INC.,<br><br>        Defendants. | Case No. 1:18-cv-05197<br><br>Hon. Ronald A. Guzman |

**DEFENDANT NEXSTAR MEDIA GROUP, INC.'S CORPORATE DISCLOSURE
STATEMENT AND NOTIFICATION AS TO AFFILIATES**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Defendant Nexstar Media Group, Inc. states that it is a publicly-traded company without a parent corporation. Publicly-held company BlackRock, Inc. owns more than 5% of Nexstar Media Group, Inc.

Dated: August 23, 2018    Respectfully submitted,

/s/ *Eliot A. Adelson*

Eliot A. Adelson (admitted *pro hac vice*)
Jacob H. Johnston (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
555 California Street, 29th Floor
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
eliot.adelson@kirkland.com
jacob.johnston@kirkland.com

James H. Mutchnik, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
james.mutchnik@kirkland.com

Peter M. McCormack (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
peter.mccormack@kirkland.com

Catie Ventura
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200
catie.ventura@kirkland.com

*Attorneys for Defendant*
*Nexstar Media Group, Inc.*

## CERTIFICATE OF SERVICE

I, hereby certify that on August 23, 2018, the foregoing document was filed electronically through the Court's Electronic Case Filing System. Service of this document is being made upon all counsel of record in this case by the Notice of Electronic Filing issued through the Court's Electronic Case Filing System on this date.

I also certify that a copy was served by e-mail on the following:

| SHEARMAN & STERLING LLP<br><br>Jerome S. Fortinsky<br>599 Lexington Avenue<br>New York, New York 10022-6069<br>jfortinsky@shearman.com<br><br>Brian Hauser<br>401 9th Street, N.W.<br>Suite 800<br>Washington, DC 20004-2128<br>brian.hauser@shearman.com<br><br>*Counsel for Defendant Sinclair Broadcast Group, Inc.* | COOLEY LLP<br><br>Mazda K. Antia<br>4401 Eastgate Mall<br>San Diego, CA 92121<br>mantia@cooley.com<br><br>John C. Dwyer<br>3175 Hanover Street<br>Palo Alto, CA 94304<br>dwyerjc@cooley.com<br><br>J. Parker Erkmann<br>1299 Pennsylvania Ave., NW<br>Suite 700<br>Washington, D.C. 2004<br>perkmann@cooley.com<br><br>*Counsel for Defendant Gray Television, Inc.* |
|---|---|
| CRAVATH SWAINE & MOORE LLP<br><br>Evan R. Chesler<br>Julie A. North<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY 10019<br>echesler@cravath.com<br>jnorth@cravath.com<br><br>*Counsel for Defendant Hearst Television Inc. (erroneously sued as Hearst Communications)* | |

/s/ *Eliot A. Adelson*
Eliot A. Adelson