UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
Eastern Division

Clay, Massey & Associates, P.C.
           Plaintiff,

v.                Case No.: 1:18−cv−05197
               Honorable Ronald A. Guzman

Gray Television, Inc., et al.
           Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 27, 2018:

   MINUTE entry before the Honorable Ronald A. Guzman: Defendant Nexstar Media Group Inc.'s unopposed motion for an adjournment of the initial status date and extension on the date to respond to the complaint [35] is granted in part. The initial status date currently set for September 25, 2018 at 9:30 a.m. is stricken. The parties shall file no later than October 2, 2018 a brief statement setting forth the status of the transfer motion, which is set for hearing before the Judicial Panel on Multidistrict Litigation on September 27, 2018. The Court may set further dates after the October 2, 2018 status filing. Motion hearing noticed for August 28, 2018 is stricken and no appearance is required. Mailed notice(is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.