Honorable Virginia M. Kendall

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# ORDER OF THE EXECUTIVE COMMITTEE

It appearing that the Hon. Virginia M. Kendall is presiding in MDL 2867 (18 CV 6785, *In Re*: *Local TV Advertising Antitrust Litigation)*; and

It further appearing that 18 CV 5197, *Clay, Massey & Associates, P.C. v. Gray Television, Inc.et al.,* currently pending before the Hon. Ronald A. Guzman; and

It further appearing that, 18 CV 6740, *Walley's Auto Sales, Inc. v. Gray Television, Inc. et al.,* currently pending before the Hon. John Z. Lee falls within the scope of MDL 2867; therefore

It is hereby ordered that the Clerk is to reassign 18 CV 5197, *Clay, Massey & Associates, P.C. v. Gray Television, Inc.et al.,* and 18 CV 6740, *Walley's Auto Sales, Inc. v. Gray Television, Inc. et al.,* to the Hon. Virginia M. Kendall and Magistrate Judge Susan E. Cox.

**ENTER:**

FOR THE EXECUTIVE COMMITTEE:

_____
Chief Judge Rubén Castillo

Dated at Chicago, Illinois this 11th day of October, 2018.